# ORIGINAL

AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District | 0 6 - 4 8 |
|---|---|---|
| Name JESSE CARTER | Prisoner No. 516667 | Case No. |

Place of Confinement

DELAWARE CORRECTIONAL CENTER, SMYRNA, DE 19977

| Name of Petitioner (include name under which convicted) | Name of Respondent (authorized person having custody of petitioner) |
|---|---|
| JESSE J. CARTER | V. THOMAS CARROLL |

The Attorney General of the State of: DELAWARE

## PETITION

1. Name and location of court which entered the judgment of conviction under attack  NEW CASTLE CO. SUPERIOR COURT, 500 N. KING ST. WILMINGTON, DE 19801

2. Date of judgment of conviction:  APRIL 30, 2004

3. Length of sentence  TWENTY ONE YEARS (SIXTEEN MANDATORY)

4. Nature of offense involved (all counts)  ROBBERY FIRST DEGREE, 3 COUNTS POSSESSION OF A FIREARM DURING COMMISSION OF A FELONY, 1 COUNT

5. What was your plea? (Check one)
   (a) Not guilty   ☐
   (b) Guilty   ☑
   (c) Nolo contendere   ☐
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one) N/A
   (a) Jury   ☐
   (b) Judge only   ☐

7. Did you testify at the trial? N/A
   Yes ☐ No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☐ No ☑

```
FILED

JAN 25 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```
BD

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court ___N/A_____

   (b) Result ___N/A_____

   (c) Date of result and citation, if known ___N/A_____

   (d) Grounds raised ___N/A_____

   (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

     (1) Name of court ___N/A_____

     (2) Result ___N/A_____

     (3) Date of result and citation, if known ___N/A_____

     (4) Grounds raised ___N/A_____

   (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

     (1) Name of court ___N/A_____

     (2) Result ___N/A_____

     (3) Date of result and citation, if known ___N/A_____

     (4) Grounds raised ___N/A_____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
Yes ☑ No ☐

11. If your answer to 10 was "yes," give the following information:

   (a) (1) Name of court NEW CASTLE SUPERIOR COURT _____

     (2) Nature of proceeding MOTION FOR MODIFICATION OF SENTENCE _____

     (3) Grounds raised FAMILY CRISIS, FUTURE, EDUCATION, ETC. _____

AO 241 (Rev. 5/85)

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ☑

(5) Result _MOTION WAS DENIED_

(6) Date of result _____ N/A   7-2-04_

(b) As to any second petition, application or motion give the same information:

(1) Name of court _NEW CASTLE SUPERIOR COURT_

(2) Nature of proceeding _MOTION FOR POST CONVICTION RELIEF_

_PURSUANT TO SUPERIOR COURT RULE 61_

(3) Grounds raised )_1 INEFFECTIVE ASSISTANCE OF COUNSEL_

_2)UNFULFILLED PLEA AGREEMENT_

_3) DURESS_

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ☑
(5) Result _MOTION WAS DENIED_

(6) Date of result _APRIL 4, 2005_

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
(1) First petition, etc.        Yes ☐   No ☑
(2) Second petition, etc.     Yes ☑   No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_THE MOTION FOR REDUCTION/MODIFICATION OF SENTENCE_

_WAS FILED DUE TO THE 90 RULE WITHOUT ANY EXPECTATIONS_

_BUT TO PRESERVE THAT RECOURCE FOR THE FUTURE._

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.

CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: INEFFECTIVE ASSISTANCE OF COUNSEL

Supporting FACTS (state *briefly* without citing cases or law) COUNSEL LED PETITIONER TO BELIEVE THAT HE WOULD RECEIVE A TWELVE (12) YEAR SENTENCE IF HE PLED GUILTY, BUT PETITIONER RECEIVED MORE THAN THE TWELVE (12) YEARS. COUNSEL FAILED TO COMMUNICATE WITH PETITIONER HONESTLY THROUGHOUT THE PLEA NEGOTIATIONS, THEREFORE DENYING PETITIONER THE RIGHT TO EFFECTIVE ASSISTANCE OF COUNSEL.

B. Ground two: DUE-PROCESS VIOLATION

Supporting FACTS (state *briefly* without citing cases or law): PETITIONER CLAIMS THAT HE HAD A RIGHT TO KNOW WHAT HIS MAXIMUM PENALTY WOULD BE AND WHEN HE WAS TOLD HE WOULD RECEIVE 12 YEARS, THAT SHOULD HAVE BEEN HIS MAXIMUM. INSTEAD, PETITIONER RECEIVED 21 YEARS WHICH VIOLATED HIS RIGHTS UNDER THE 14th AMMENDMENT WHICH GUARATEES THE RIGHT TO DUE PROCESS.

AO 241 (Rev. 5/85)

C. Ground three: INEFFECTIVE ASSISTANCE OF COUNSEL

Supporting FACTS (state *briefly* without citing cases or law): COUNSEL WAS INEFFECT-IVE BECAUSE HE FORCED PETITIONER TO TAKE A PLEA AND SIGN THE PLEA UNDER DURESS. COUNSEL THREATEN-ED PETITIONER THAT IF HE DID NOT ACCEPT THE 12 YEAR PLEA, HE WOULD RECEIVE OVER 100 YEARS, BUT PETITION-ER STILL RECEIVED MORE THAN THE 12 YEARS AGREED.

D. Ground four _____

Supporting FACTS (state *briefly* without citing cases or law): _____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____

THE GROUND RAISED IN 12B WERE SUMMARILY RAISED AND PETITIONER JUST PUT IT IN CONTEXT AS A DUE PROCESS ✓ IOLATION.

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack? Yes ☐ No ☑

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
(a) At preliminary hearing _____ N/A _____

(b) At arraignment and plea MR. KESTER I. H. CROSSE, ASST. PUBLIC DEFENDER PUBLIC DEFENDER'S OFFICE, 820 N. FRENCH ST. WILM. DE 19801

AO 241 (Rev. 5/85)

(c) At trial ___N/A_____

(d) At sentencing __MR. KESTER I. H. CROSSE ; PUBLIC DEFENDER___
   __820 N. FRENCH ST. WILM. DE 19801_____

(e) On appeal ___N/A_____

(f) In any post-conviction proceeding ___N/A_____

(g) On appeal from any adverse ruling in a post-conviction proceeding ___N/A_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
   Yes ☑  No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
   Yes ☐  No ☑
   (a) If so, give name and location of court which imposed sentence to be served in the future: ___N/A_____

   (b) Give date and length of the above sentence: ___N/A_____

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
   Yes ☐  No ☐

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

___1|19|06_____
   (date)

_Jesse Carter_____
Signature of Petitioner

(7)



IM Mr. Jesse Carter
SBI# 161 69  UNIT W
DELAWARE CORRECTIONAL CENTER
181 PADDOCK WILMINGTON, DE 19850
SMYRNA, DELAWARE

2006 WILMINGTON, DE 19850

JAN 24

Clerk of The District Court
844 N. King Street
Wilmington, DE

19801-3570