IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JESSE CARTER,                     )
                                  )
            Petitioner,           )
                                  )
v.                                )     Civil Action No. 06-48-SLR
                                  )
THOMAS L. CARROLL,                )
Warden, and CARL C.               )
DANBERG, Attorney                 )
General of the State              )
of Delaware,                      )
                                  )
            Respondents.          )

## O R D E R

WHEREAS, you have filed a form petition for federal
habeas corpus relief pursuant to 28 U.S.C. § 2254; and

WHEREAS, the Antiterrorism and Effective Death Penalty
Act of 1996 ("AEDPA"), 28 U.S.C. § 2244, effectively precludes
petitioners from filing a second or subsequent habeas petition
except in the most unusual of circumstances; and

WHEREAS, the United States Court of Appeals for the
Third Circuit has mandated that, before ruling on the merits of
your petition, you must be given notice that the AEDPA applies to
your pending petition, see United States v. Miller, 197 F.3d 644
(3d Cir. 1999) and Mason v. Meyers, 208 F.3d 414 (3d Cir. 2000).

NOW, THEREFORE, IT IS ORDERED this _10th_ day of
February, 2006, that, on or before _March 27, 2006_, you must

file with the Court, the attached election form.  Failure to

timely return the completed election form will result in the

Court's ruling on your pending petition as filed.

United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE


JESSE CARTER,                    )
                                 )
            Petitioner,          )
                                 )
v.                               )    Civil Action No. 06-48-SLR
                                 )
THOMAS L. CARROLL,               )
Warden, and CARL C.              )
DANBERG, Attorney                )
General of the State             )
of Delaware,                     )
                                 )
            Respondents.         )

**AEDPA ELECTION FORM**

1. _____    I wish the Court to rule on my § 2254
                   petition as currently pending.  I realize
                   that the law does not allow me to file
                   successive or later petitions unless I
                   receive certification to do so from the
                   United States Court of Appeals for the
                   Third Circuit; therefore, this petition
                   will be my one opportunity to seek federal
                   habeas corpus relief.

2. _____    I wish to amend my § 2254 petition to
                   include all the grounds I have.  I will
                   do so within thirty (30) days.  I realize
                   that the law does not allow me to file
                   successive or later petitions unless I
                   receive certification to do so from the
                   United States Court of Appeals for the
                   Third Circuit; therefore, this amended
                   all-inclusive petition will be my one
                   opportunity to seek federal habeas corpus
                   relief.

3. _____    I wish to withdraw my § 2254 petition
                   without prejudice to file one all-inclusive
                   petition in the future; that is, one

that raises all the grounds I have for
federal habeas corpus relief.  I realize
this all-inclusive petition must be filed
within the one-year period as defined by
28 U.S.C. § 2244(d).  <u>See</u> <u>Swartz v. Meyers</u>,
204 F.3d 417 (3d Cir. 2000).

4.  _____    I am not seeking federal habeas corpus
relief under § 2254.  I am instead seeking
relief under _____.

_____
Petitioner