IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JESSE CARTER,                    )
                                 )
          Petitioner,            )
                                 )
v.                               )    Civil Action No. 06-48-SLR
                                 )
THOMAS L. CARROLL,               )
Warden, and CARL C.              )
DANBERG, Attorney                )
General of the State             )
of Delaware,                     )
                                 )
          Respondents.           )

### AEDPA ELECTION FORM

1.  ✓      I wish the Court to rule on my § 2254
           petition as currently pending.  I realize
           that the law does not allow me to file
           successive or later petitions unless I
           receive certification to do so from the
           United States Court of Appeals for the
           Third Circuit; therefore, this petition
           will be my one opportunity to seek federal
           habeas corpus relief.

2.  _____  I wish to amend my § 2254 petition to
           include all the grounds I have.  I will
           do so within thirty (30) days.  I realize
           that the law does not allow me to file
           successive or later petitions unless I
           receive certification to do so from the
           United States Court of Appeals for the
           Third Circuit; therefore, this amended
           all-inclusive petition will be my one
           opportunity to seek federal habeas corpus
           relief.

3.  _____  I wish to withdraw my § 2254 petition
           without prejudice to file one all-inclusive
           petition in the future; that is, one

that raises all the grounds I have for
federal habeas corpus relief.  I realize
this all-inclusive petition must be filed
within the one-year period as defined by
28 U.S.C. § 2244(d).  See Swartz v. Meyers,
204 F.3d 417 (3d Cir. 2000).


4. _____    I am not seeking federal habeas corpus
relief under § 2254.  I am instead seeking
relief under _____.


_____
Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JESSE CARTER,                        )
                                     )
          Petitioner,                )
                                     )
v.                                   )    Civil Action No. 06-48-SLR
                                     )
THOMAS L. CARROLL,                   )
Warden, and CARL C.                  )
DANBERG, Attorney                    )
General of the State                 )
of Delaware,                         )
                                     )
          Respondents.               )

#### O R D E R

WHEREAS, you have filed a form petition for federal habeas corpus relief pursuant to 28 U.S.C. § 2254; and

WHEREAS, the Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"), 28 U.S.C. § 2244, effectively precludes petitioners from filing a second or subsequent habeas petition except in the most unusual of circumstances; and

WHEREAS, the United States Court of Appeals for the Third Circuit has mandated that, before ruling on the merits of your petition, you must be given notice that the AEDPA applies to your pending petition, see United States v. Miller, 197 F.3d 644 (3d Cir. 1999) and Mason v. Meyers, 208 F.3d 414 (3d Cir. 2000).

NOW, THEREFORE, IT IS ORDERED this /0th day of February, 2006, that, on or before March 27, 2006 , you must

file with the Court, the attached election form.    Failure to

timely return the completed election form will result in the

Court's ruling on your pending petition as filed.


United States District Judge

2





Office of the Clerk
United States District Court
844 N. King St. Lockbox 18
Wilm, DE.

19801-3570

Jagar Carter #516667
DCC
1181 Paddock Rd.
Smyrna, DE.
19977