OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

Februaury 24, 2006

TO:   Jesse Carter
      SBI# 516667
      DCC
      1181 Paddock Road
      Smyrna, DE 19977

**RE:   Deficiency Letter for Lack of Signature; 06-48(SLR)**

Dear Mr. Carter:

   Papers have been received by this office for filing in the above matter which do <u>not</u> conform to:   Federal Rules of Civil Procedure. The papers will be docketed but no action will be taken by the Court until the discrepancy is corrected. In order for your document to be acceptable for filing, it **must have an original signature**.

   Your corrected filing should be sent to this office for processing. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                          Sincerely,

/bad
                                          PETER T. DALLEO
                                          CLERK

cc:   The Honorable Sue L. Robinson
enc:  Copy of DI 3