United States District Court

For the District of Delaware

# Acknowledgement of Service Form
# For Service By Return Receipt

Civil Action No. 06cv48 SLR

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.



```
U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

        OFFICIAL USE

Postage            $
Certified Fee
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees  $

Sent To         LOREN MEYERS
                DEPUTY ATTORNEY GENERAL
Street, Apt. No.; DEPARTMENT OF JUSTICE
or PO Box No.    820 N. FRENCH STREET
City, State, ZIP+4  WILMINGTON, DE  19801

7005 1820 0004 3169 5018

PS Form 3800, June 2002          See Reverse for Instructions
```

FILED
MAR 10 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

scanned

United States District Court

For the District of Delaware

## Acknowledgement of Service Form
## For Service By Return Receipt

Civil Action No. 06 CV 48 SLR

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

7005 1820 0004 3169 5094

Sent To: WARDEN TOM CARROLL
Street, Apt. No.; or PO Box No.: DELAWARE CORRECTIONAL CENTER
City, State, ZIP+4: 1181 PADDOCK RD.
SMYRNA DE 19977

PS Form 3800, June 2002        See Reverse for Instructions



FILED
MAR 10 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE   RG

Scanned