IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JESSE CARTER**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 06-48-SLR |
| | : | |
| **THOMAS L. CARROLL**, | : | |
| Warden, and **CARL C. DANBERG**, | : | |
| Attorney General for the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

**NOTICE OF FILING OF STATE COURT RECORDS**

1.  Notice is hereby given that the certified copies of the following of the Delaware Supreme Court documents have been manually filed with the Court and are available in paper form only:

    a. Appellant's Opening Brief (No. 163, 2005)

    b. State's Motion to Affirm (No. 163, 2005)

    c. Order (November 22, 2005) (No. 163, 2005).

2.  A certified copy of the Superior Court Criminal Docket in case number 0310020476 has also been manually filed with the Court and is available in paper form only.

/s/ Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759
elizabeth.mcfarlan@state.de.us

June 12, 2006

## CERTIFICATE OF SERVICE

     I hereby certify that on June 12, 2006, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein.  I also hereby certify that on June 12, 2006, I have mailed by United States Service, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

    Jesse Carter
    SBI No. 516667
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

                                 /s/ Elizabeth R. McFarlan
                                 Deputy Attorney General
                                 Department of Justice
                                 820 N. French Street
                                 Wilmington, DE 19801
                                 (302) 577-8500
                                 Del. Bar. ID No. 3759
                                 elizabeth.mcfarlan@state.de.us